THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Corey Williams, Petitioner,
 
 
 

v.

 
 
 
 State of South Carolina, Respondent.
 
 
 

Appeal From Anderson County
 Alexander S. Macaulay, Circuit Court Judge
C. Victor Pyle, Jr., Post Conviction Judge

Memorandum Opinion No. 2007-MO-002
Submitted January 3, 2007  Filed January 8, 2007

APPEAL DISMISSED 

 
 
 
 Appellate Defender Robert M. Pachak, South Carolina Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for Petitioner.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliot, and Assistant Attorney General Christopher L. Newton, all of the Office of the Attorney General, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Petitioner seeks a writ of certiorari from the dismissal of his application for post-conviction relief (PCR).
Because there is sufficient evidence to support the PCR judges finding that petitioner did not knowingly and intelligently waive his right to a direct appeal, we grant certiorari and proceed with a review of the direct appeal issue pursuant to Davis v. State, 288 S.C. 290, 342 S.E.2d 60 (1986).  
Counsel for petitioner has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967) and a petition to be relieved as counsel.  Petitioner has filed a pro se response.  After a thorough review of the record pursuant to Anders, supra, we dismiss the appeal and grant the petition to be relieved as counsel.
DISMISSED.
TOAL, C.J., MOORE, WALLER and BURNETT, JJ., concur. PLEICONES, J., not participating.